### STATE OF CONNECTICUT *v.* ROBERT R. WARD

It appearing that the state in the above-entitled case has failed to defend against the defendant's appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that unless the state files its brief on or before June 15, 1976, the judgment be set aside and the case be remanded with direction to render judgment for the defendant.

*Donald A. Browne,* state's attorney, for the appellee (state).

No appearance for the appellant (defendant).

Argued June 1—decided June 1, 1976

### MARTHA SNOW FODIMAN *v.* WILLIAM FODIMAN

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Fairfield County at Stamford with proper diligence, it is, under Practice Book § 696 ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for the appellee (plaintiff).

*Richard H. G. Cunningham,* for the appellant (defendant).